ORIGINAL

1 | **GRIFFITH_J.com**

2 | FREDERICK A. BLACK
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215



FILED
DISTRICT COURT OF GUAM
SEP 30 2002
MARY L. M. MORAN
CLERK OF COURT

7 | Attorney's for United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. **02-00028** |
| Plaintiff, ) | |
| vs. ) | **COMPLAINT** |
| JAMES F. GRIFFITH, D.D.S., ) | |
| Defendant. ) | |

COMES NOW Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned attorneys, and complains of the Defendant JAMES F. GRIFFITH, D.D.S. (hereinafter referred to as Defendant "GRIFFITH"), alleges and says:

1. This is a civil action by Plaintiff UNITED STATES OF AMERICA brought for the benefit and credit of the United States Department of Health and Human Service, which is an agency of the Plaintiff.

2. <u>Jurisdiction</u>: This Court has jurisdiction of the action pursuant to 48 U.S.C. Section 1822 and 28 U.S.C. Section 1345.

3. The Defendant GRIFFITH is a resident of the Territory of Guam, within the jurisdiction of this Court under 28 U.S.C. Section 1391(a).

//

- 2 -

4. At all relevant times, Defendant GRIFFITH was a uniformed officer in the Public Health Service Commissioned Corps.

## COUNT I

5. On or about February 15, 1999, Defendant GRIFFITH entered into an Accession Bonus (AB) contract with the Public Health Service (PHS) in which Defendant GRIFFITH agreed to serve on active duty for a period of four (4) years. In return for defendant's services, PHS agreed to pay Defendant GRIFFITH a $30,000.00 AB. Defendant GRIFFITH received payment in full under this contract in the May 1999 payroll.

6. Under 37 U.S.C. Section 302h(d), an officer who fails to serve on active duty for the entire period for which he/she received AB is required to refund the Government an amount that bears the same ratio to the amount paid to the officer as the unserved part of such period bears to the total period agreed to be served.

7. Defendant GRIFFITH failed to serve 899 days of the period for which Defendant received his AB payment, leaving a principal refund due to the PHS in the amount of $18,729.17.

## COUNT II

8. Plaintiff realleges and incorporates herein the allegations of paragraphs 1, 2, 3 and 4 of this Complaint.

9. On or about February 15, 2000, Defendant GRIFFITH entered into an Additional Special Pay (ASP) contract with PHS in which Defendant GRIFFITH agreed to serve on active duty for a period of one (1) year. In return for defendant's services, PHS agreed to pay Defendant GRIFFITH $4,000.00. Defendant GRIFFITH received payment under this contract in the March 2000 payroll.

10. Under 37 U.S.C. Section 302b(e), an officer who fails to serve on active duty for the entire period for which he/she received ASP is required to refund the Government an amount that bears the same ratio to the amount paid to the officer as the unserved part of such period bears to the total period agreed to be served.

11. Defendant GRIFFITH failed to serve 179 days of the period for which Defendant received his ASP payment, leaving a principal refund due to the PHS in the amount of $1,988.89.

12. A total of $1,676.37 was credited to Defendant GRIFFITH's account through U.S. Treasury offsets.

13. Due demand has been made upon Defendant GRIFFITH for the principal amount plus interest. Defendant has failed, neglected and refused, and continues to fail, neglect and refuse to reimburse Plaintiff for said indebtedness. A Certificate of Indebtedness dated August 30, 2002 is attached hereto and incorporated by reference herein as Exhibit "A."

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, demands judgment against Defendant JAMES F. GRIFFITH in the total principal amount of $18,231.50 plus accrued interest to August 30, 2002, in the amount of $3,119.42 plus interest at the rate of 13.875% per annum from August 30, 2002 until the date of judgment and interest from the date of judgment at the legal rate until paid in full; together with costs, including $150.00 in filing fees under 28 U.S.C. Section 2412(a)(2) and 28 U.S.C. Section 1914(a), fees; and for such other and further relief as this Court deems just and proper.

DATED: 9-30-02, Hagåtña, Guam.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and the NMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney

Attorneys of the Plaintiff



DEPARTMENT OF HEALTH & HUMAN SERVICES

Program Support Center

Rockville MD 20857

RECEIVED
U.S. ATTORNEY'S OFFICE
DISTRICT OF GUAM

2002 SEP -9 PM 1: 37

# CERTIFICATE OF INDEBTEDNESS

AUG 30 2002

James F. Griffith, D.D.S.
℅ Gentlecare Dental Associates, P.C.
278 South Manne Drive
Hengi Plaza, Suite 102
Tamuning, Guam 96911
SSN: 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
Ref: 20000424

**Total debt due United States as of August 30, 2002: $21,350.92 (principal $18,231.50, interest $3,119.42, administrative costs $00.00).**

I certify that the Department of Health and Human Services' records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $18,231.50 from August 30, 2002, at the rate of 13.875%. Interest accrues on the principal amount of this debt at the rate of $6.93 per day, and is computed at a fixed rate.

On February 15, 1999, you entered into an Accession Bonus (AB) contract with the Public Health Service (PHS) in which you agreed to serve on active duty for a period of four (4) years. In return for your services, PHS agreed to pay you $30,000 AB for four (4) years. You received payment under this contract in the May 1999 payroll.

Under 37 USC 302d, an officer who fails to serve on active duty for the entire period for which he/she received AB is required to refund the Government an amount equal to the period not served. The repayment formula is:

  AB paid divided by 1440 days (360 days per year) multiplied by the number of days not served.

Upon your release from active duty, you will not have served 899 days of the period for which you received your AB payment. Thus, your indebtedness was calculated as follows:

  $30,000 divided by 1440 multiplied by 899 days = $18,729.17

In addition, on February 15, 2000, you entered into an Additional Special Pay (ASP) contract. You agreed to serve on active duty for a period of one (1) year. In return for your service, PHS agreed to pay you $4,000.00 per year. You received payment under this contract in the March 2000 payroll.

Under 37 USC 302b, an officer who fails to serve for the entire period for which he/she received ASP is required to refund the Government an amount equal to the period not served. The repayment formula is:

  ASP paid divided by 360 days (30 day months) multiplied by the number of days not served.

Upon your release from active duty, you will not have served 179 days of the period for which you received your ASP payment. Thus, your indebtedness was calculated as follows:

  $4,000.00 divided by 360 multiplied by 179 days = $1,988.89

EXHIBIT A

## PAGE 2 - CERTIFICATE OF INDEBTEDNESS - JAMES F. GRIFFITH, D.D.S.

By letter dated October 12, 2000, you were notified that you were placed in default of the conditions of your Commissioned Corps contract. You were advised that if you were unable to remit the total due, enclosed were instructions for entering into a repayment agreement (RA) with notice that it must be completed and returned within thirty (30) days. You did not respond.

By letter dated November 9, 2000, you were sent a reminder that payment in full must be received within thirty (30) days or your debt would be referred to a collection agency, the U.S. Department of Treasury and/or the U.S. Department of Justice (DOJ) for enforced collection. You did not make any payments, nor did you respond.

By letter dated December 1, 2000, you were notified that your account had been referred to OSI Collection Services for collection. You were advised that your account would be referred to the DOJ if you failed to either remit payment in full or enter into a repayment agreement. You did not make any payments, nor did you respond.

In a letter dated January 29, 2001, you were notified of the DHHS' intent to refer your debt to other Federal agencies for the purpose of administrative offset under the Debt Collection Improvement Act of 1996. You were advised that a written response, an RA, or payment in full received within sixty (60) days from the date of the letter would terminate administrative offset action. You did not respond.

A credit in the amount of $1,388.12 was applied to your account on June 1, 2001, as the result of a Treasury offset.

In a letter dated July 12, 2001, you were sent a final notice regarding your indebtedness to the United States under the referenced Commissioned Corps contract. You were notified that failure to respond within thirty (30) days would result in your account being referred to the DOJ. You did not make any payments, nor did you respond.

A credit in the amount of $288.25 was applied to your account on September 14, 2001, as the result of a Treasury offset.

To date, a total amount of $1,676.37 has been credited to your account.

Repeated attempts by DHHS have been unsuccessful in establishing an acceptable repayment schedule for this debt. Because of your lack of cooperation the federal government is exercising its option and declaring the note due and payable. Accordingly, your debt has now been referred to the DOJ for enforced collection.

The amount due should be remitted by check, draft or money order(s) payable to the "U.S. Department of Justice" and mailed directly to the United States Attorney, District of Guam, Sirena Plaza, 18 Hernan Cortez, Suite 500, Hagatna, GU 96910.

**CERTIFICATION:** Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.

**AUG 30 2002**
Date

Barry M. Blum
Chief, Referral Control Section
Debt Management Branch

# United States District Court

DISTRICT OF ___GUAM___

UNITED STATES OF AMERICA

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 02-00028

JAMES F. GRIFFITH, D.D.S.

TO: (Name and Address of Defendant)
James F. Griffith, D.D.S.
c/o 278 South Marine Drive
Hengi Plaza, Suite 102
Tamuning, Guam 96913

ACKNOWLEDGED RECEIPT
By: _[signature]_
Date: 9/30/02

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Marivic P. David, AUSA
U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY L. M. MORAN
Clerk Of Court

SEP 30 2002

CLERK

DATE

_[signature]_
BY DEPUTY CLERK