DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JAMES F. GRIFFITH, D.D.S.,<br><br>  Defendant. | Civil Case No. 02-00028<br><br><br><br>MINUTES |

(✓) SCHEDULING CONFERENCE  ( ) PRELIMINARY PRETRIAL CONFERENCE
(December 27, 2002 at 3:30 p.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Note(s)**: Assistant United States Attorney Mikel W. Schwab appeared on behalf of the plaintiff and defendant appeared pro se. The Court advised defendant to retain counsel. The defendant was instructed to formally serve the plaintiff with his Answer. The parties were ordered to meet and confer and submit a proposed Scheduling Order and Discovery Plan within one week. If the parties are unable to agree, each shall submit proposed dates to the Court and the Court will set the required dates.

Dated: February 6, 2002

JUDITH P. HATTORI
Law Clerk