ORIGINAL

GRIFFITH_J.sch

FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 0 2 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES F. GRIFFITH, D.D.S., ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 02-00028 <br><br> ~~PROPOSED~~ DISCOVERY PLAN AND SCHEDULING ORDER |

Pursuant to Rule 16 and 26(f) of the federal rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Discovery Plan and Scheduling Order.

1. The nature of the case is as follows: This is an action to recover a monetary debt against defendant by the United States Department of Health and Human Service.

2. The posture of the case is as follows:

    a) The following motions are on file: None

    b) The following motions have been resolved: None

    c) The following discovery has been initiated: None

//
//

3. All motions to add parties and claims shall be filed on or before: January 30, 2003.

4. All motions to amend pleadings shall be filed on or before: March 15, 2003.

5. Status of discovery:

a) The times of disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

Plaintiff: Interrogatories will be served on Defendant no later than February 28, 2003; Deposition of Defendant no later than March 31, 2003; Additional Depositions as needed during April and May of 2003; Request for Admissions served on Defendant no later June 6, 2003.

Defendant: Interrogatories will be served on Plaintiff no later than February 28, 2003; Deposition of Plaintiff no later than March 31, 2003; Additional Depositions as needed during April and May of 2003; Request for Admissions served on Plaintiff no later June 6, 2003.

6. The Parties shall appear before the District Court on December 27, 2002, at 3:00 p.m. for the Scheduling Conference.

7. The discovery cut-off date (defined as the last day to file responses to discovery) is June 6, 2003.

8. a) The anticipated discovery motions are: None at the present.

All discovery motions shall be filed on or before June 6, 2003 and heard on or before July 8, 2003.

b) The anticipated dispositive motions are: None at the present.

All dispositive motions shall be filed on or before June 6, 2003 and heard on or before July 8, 2003.

//
//
//

- 2 -
Case 1:02-cv-00028  Document 7  Filed 01/02/2003  Page 2 of 4

| | | |
|---|---|---|
| 1 | 9. | The prospects for settlements are unknown at the present time. |
| 2 | 10. | The Preliminary Pretrial Conference shall be held on the July 8, 2003, at 3:00 p.m. |
| 3 | 11. | The parties' pretrial materials, discovery material, witness lists, designations and |

exhibit lists shall be filed on or before July 28, 2003.

12. The Proposed Pretrial Order shall be filed on or before the 28th day of July, 2003.

13. The Final Pretrial Conference shall be held on the 1st day of August, 2003, at 4:00 p.m.

14. The trial shall be held on the 12th day of August, 2003 at 9:30 a.m.

15. The trial is not a jury trial.

16. It is anticipated that it will take one (1) day to try this case.

17. The names of counsel on this case are:

    (a) Marivic P. David, Assistant U.S. Attorney for the Plaintiff.

    (b) Pro Se, for the Defendant.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

- 3 -

18. The parties do not wish to submit this case to a settlement conference at this time. Parties expect to request a settlement conference after initial discovery is completed.

19. The parties present the following suggestions for shortening trial: None known at present.

20. The following issues will also affect the status or management of the case: None at this time.

RESPECTFULLY SUBMITTED this _____ day of _____, 2002.

FREDERICK A. BLACK
UNITED STATES ATTORNEY

DATE: 12-30-02        BY: _____
                           MIKEL W. SCHWAB
                           Assistant U.S. Attorney

                           Attorney for Plaintiff

APPROVED AND AGREED:

DATE: DEC 30 2002         _____
                           JAMES F. GRIFFITH, D.D.S.
                           Defendant, Pro Se

                           Attorney for Plaintiff

**APPROVED AND SO ORDERED** this _____ day of JAN 0 2 2003 _____,

_____
JOHN S. UNPINGCO
Chief Judge
District Court of Guam

RECEIVED
DEC 30 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 4 -