**ORIGINAL**

GRIFFITH_J.sch

FREDERICK A. BLACK
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 0 6 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES F. GRIFFITH, D.D.S., <br><br> Defendant. | CIVIL CASE NO. 02-00028 <br><br> **CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Discovery Plan and Scheduling Order** was sent to the defendant by mail on January 3, 2003, at the addresses shown below:

James F. Griffith, D.D.S.
P.O. Box 8546
Agat, Guam 96928

James F. Griffith, D.D.S.
P.O. Box 654
St. Helena, SC 29920-0654

MICHELLE PEREZ