03/06/03

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JAMES F. GRIFFITH, DDS,
    Defendant.

FILED
DISTRICT COURT OF GUAM
MAR - 7 2003
MARY L. M. MORAN
CLERK OF COURT

CIVIL CASE NO. 02-00028

COMES NOW, Defendant, James F. Griffith, DDS, representing himself, to humbly petition that venue be changed in Civil Case No. 02-00028. Defending this action in Guam imposes a severe hardship on the Defendant. He is unable to practice his profession in Guam and would have to remain here solely for this case. The Defendant requests the case be pursued where he resides and works. The federal government can bring this case in any district while suffering no hardship.

The Defendant moves the Court to change venue to:

United States District Court
Beaufort Federal Court House
1501 Bay Street
Beaufort, South Carolina 29902

Signed: _____
James F. Griffith, DD S, *pro se*
Post Office Box 656
St. Helena Island, SC 29920

NOTICE OF MOTION TO CHANGE VENUE TO:

Frederick A. Black, Esquire
United States Attorney
Sirena Plaza, Suite 500
108 Herman Cortez Avenue
Hagatna, Guam, 96910-5059

ORIGINAL