# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
MAR 10 2003
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 02-00028 |
| Plaintiff, | |
| vs. | |
| JAMES F. GRIFFITH, D.D.S., | ORDER |
| Defendant. | |

On March 7, 2003, the Defendant filed a Motion to Change Venue. The Defendant is proceeding *pro se* in this action. The Defendant is ORDERED to serve a copy of his motion upon the Plaintiff no later than Monday, March 17, 2003. The Plaintiff shall file its response to the motion by Monday, March 31, 2003. The Defendant may file a reply to the Plaintiff's response no later than Monday, April 7, 2003. Thereafter, the Court will take the matter under advisement or may schedule a hearing if the Court believes one is necessary.

SO ORDERED this 10th day of March, 2003.

JOHN S. UNPINGCO
**District Judge**