ORIGINAL

GRIFFITH_J,resp

FREDERICK A. BLACK
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR - 1 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00028 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| JAMES F. GRIFFITH, D.D.S., ) | |
| Defendant. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **United States' Response To Defendant's Change of Venue** was sent to the defendant by registered and regular mail on March 31, 2003, at the addresses shown below:

| James F. Griffith, D.D.S. | James F. Griffith | James F. Griffith |
|---|---|---|
| P.O. Box 656 | 404 Seaside Drive | P.O. Box 8546 |
| St. Helena, SC 29920 | St. Helena, SC 29920 | Agat, Guam 96928 |

A filed copy was also sent to the defendant by regular mail on Mach 31, 2003 to the following address:

James F. Griffith, D.D.S.
c/o 278 S. Marine Drive
Hengi Plaza, Suite 102
Tamuning, Guam 96913

*/s/ Michelle Perez*
MICHELLE PEREZ