ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL - 7 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JAMES F. GRIFFITH, D.D.S.,<br><br>  Defendant. | Civil Case No. 02-00028<br><br><br><br>ORDER |

This case was scheduled to come before the Court on July 8, 2003, for a Preliminary Pretrial Conference. However, there is Motion to Change Venue filed by the defendant, that has not yet been decided which may have bearing on the posture of this case. Therefore, pending resolution of this matter, the Court will vacate the present scheduling order and will re-calendar the Preliminary Pretrial Conference and all other dates as appropriate.

IT IS SO ORDERED this 7th day of July, 2003.

_____
JOHN S. UNPINGCO
District Judge