ORIGINAL

GRIFFITH_J.dsm

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for Plaintiff

FILED
DISTRICT COURT OF GUAM
JUL 30 2003
MARY L. M. MORAN
CLERK OF COURT

15

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 02-00028 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST FOR ORDER OF DISMISSAL AND ORDER** |
| JAMES F. GRIFFITH, D.D.S., | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, United States of America, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and hereby requests an order of dismissal. The reason for the

//
//
//
//
//
//
//

request is that the defendant JAMES F. GRIFFITH, D.D.S., has resolved the indebtedness to the United States and has requested the dismissal.

RESPECTFULLY SUBMITTED this 29th, day of July, 2003.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney
Attorneys for the Plaintiff

* * * * ORDER * * * *

The Court, having reviewed the request of the United States for an order of dismissal, hereby orders that the above entitled case is DISMISSED.

So Ordered this 30th day of July, 2003.

_____
JOHN S. UNPINGCO
Chief Judge
District Court of Guam

RECEIVED
JUL 29 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 2 -