ORIGINAL



FILED
DISTRICT COURT OF GUAM
JUL 31 2003
MARY L. M. MORAN
CLERK OF COURT

**GRIFFIETH_J.stp**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES F. GRIFFITH, D.D.S.,<br><br>Defendant. | CIVIL NO. 02-00028<br><br>**CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Request for Order of Dismissal and Order** were sent to the defendant by certified and regular mail on July 31, 2003, at the following address provided by Defendant on July 28, 2003:

James F. Griffith
Post Office Box 650
Elkins, WV 26241

MICHELLE PEREZ